UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1018-AP

**DENNIS DUNIGAN,**

    Plaintiff,

vs.

**JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1. **APPEARANCES OF COUNSEL**

    For Plaintiff:

        Francis K. Culkin
        Attorney for Plaintiff
        1120 Lincoln Street, Suite 711
        Denver, CO 80203
        Phone: 303-830-1110
        Fculkinewq@disabilitylawyers.com

    For Defendant:

        WILLIAM J. LEONE
        United States Attorney
        KURT J. BOHN
        Assistant U.S. Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        (303) 454-0100
        (303) 454-0404 (facsimile)

        By:    Debra J. Meachum
                  Special Assistant United States Attorney
                  Social Security Administration
                  1961 Stout Street, Suite 1001A
                  Denver, Colorado 80294
                  (303) 844-1570
                  (303) 844-0770 (facsimile)
                  d_meachum@hotmail.com; debra.meachum@ssa.gov

**STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U. S. C. 405(g).

**DATES OF FILING OF RELEVANT PLEADINGS**

A. Date Complaint Was Filed: 06/03/05.

B. Date Complaint Was Served on U.S. Attorney's Office: 06/09/05.

C. Date Answer Was Filed: 07/25/05.

**STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete and accurate.

**STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not intend to submit additional evidence.

**STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIM OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**OTHER MATTERS**

The partes state that there are no other matters to raise at this time.

8. **PROPOSED BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due: September 28, 2005.

   B. Defendant's Response Brief Due: October 31, 2005.

   C. Plaintiff's Reply Brief (if any) Due: November 15, 2005.

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. Plaintiff does request oral argument.

   B. Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A. ( ) All parties have consented to the exercise of jurisdiction of a U States Magistrate Judge.

    B. (X) All parties have not consented to the exercise of jurisdiction of a U States Magistrate Judge.

11. **OTHER MATTERS**

The parties states there are no other matters to raise at this time.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated this 18th day of August, 2005.

BY THE COURT:

/s/ John L. Kane
U.S. District Court Judge

APPROVED:

s/Francis K. Culkin 8/18/05
Francis K. Culkin, Esq.
Attorney for Plaintiff
1120 Lincoln Street, Suite 711
Denver, CO 80203

s/Debra J. Meachum 8/19/05
Debra J. Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 10001A
Denver, CO 80294

s/Kurt J. Bohn 8/18/05
Kurt J. Bohn
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

Attorneys for Defendant