IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-cv-01018-RPM**

DENNIS DUNIGAN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

_____

ORDER FOR PAYMENT OF ATTORNEY'S FEES
_____

The plaintiff filed an application for attorney's fees under 28 U.S.C. §2412 on May 26, 2006 accompanied by a statement of services provided, requesting $5,389.45 as a reasonable fee for the services provided in this case.  The defendant filed a response on June 12, 2006, arguing that the Commissioner's denial position was substantially justified within the meaning of section 2412(d)(1)(A).  The reasons given are the same as those argued in support of the decision.  In this court's memorandum opinion and order, the failure of the Administrative Law Judge to perform his duty to give fair consideration to the evidence presented was described as well as the failure to make an adequate inquiry at the hearing.  The failure to comply with a statutory duty to fairly evaluate a claim for a closed period of disability is not a position that can be substantially justified.  Accordingly, it is

ORDERED, that the application is granted and a fee of $5,389.45 shall be paid by the defendant.

DATED: June 14th, 2006

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge